# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENARD GALLOWAY, | ) | |
| Petitioner, | ) | Civil Action No. 13-956 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| MICHAEL WENEROWICZ, *et al.*, | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 20, 2016, the Magistrate Judge issued a Report (Doc. 17) recommending that Denard Galloway's Petition under 28 U.S.C. § 2254 be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that: Denard Galloway's Petition under 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is denied; and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


May 17, 2016                                     s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via First-Class U.S. Mail):

Denard Galloway
EN-2702
S.C.I. Graterford
P.O. Box 244
Graterford, PA  19426


cc (via ECF email notification):

All Counsel of Record